UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*STATE OF CONNECTICUT, et al. v.*<br>*TEVA PHARMACEUTICALS USA, INC., et al.* | HON. CYNTHIA M. RUFE<br><br>No. 19-cv-02407-CMR |

## NOTICES OF APPEARANCE

Please enter the appearance of the following attorneys at Kasowitz Benson Torres LLP on behalf of Actavis Holdco U.S., Inc. and Actavis Pharma, Inc. in the above-captioned matter:

Marc E. Kasowitz, Hector Torres, Sheron Korpus, Seth A. Moskowitz, Seth B. Davis, and David M. Max.

Dated:  June 6, 2019                                                        Respectfully Submitted,

*/s/ Marc E. Kasowitz*
Marc E. Kasowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
mkasowitz@kasowitz.com

*/s/ Hector Torres*
Hector Torres
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
htorres@kasowitz.com

*/s/ Sheron Korpus*
Sheron Korpus
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
skorpus@kasowitz.com

*/s/ Seth A. Moskowitz*
Seth A. Moskowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
smoskowitz@kasowitz.com

*/s/ Seth B. Davis*
Seth B. Davis
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
sdavis@kasowitz.com

*/s/ David M. Max*
David M. Max
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
dmax@kasowitz.com

## **CERTIFICATE OF SERVICE**

I, Seth A. Moskowitz, hereby certify that on June 6, 2019, I caused the foregoing Notices of Appearance to be filed electronically with the Clerk of Court by using the Court's CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

*/s/ Seth A. Moskowitz*
Seth A. Moskowitz