UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| ALL ACTIONS | 19-CV-2407 |

### ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of the following attorney at the New York Attorney General's Office for the Plaintiff State of New York in the above-captioned case:

Robert L. Hubbard.

Dated: June 10, 2019

BY:
PLAINTIFF
STATE OF NEW YORK
LETITIA JAMES
ATTORNEY GENERAL

_/s/ Robert L Hubbard_
Robert L Hubbard
Assistant Attorney General
28 Liberty Street (20th Floor)
New York, NY 10005
Tel: (212) 416-8267
Fax: (212) 416-6015
Robert.Hubbard@ag.ny.gov