IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | Civil Action No. 19-02407 |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearances of the below listed counsel on behalf of Defendant Sandoz Inc. in the above-captioned matter.

Dated: June 19, 2019                                    Respectfully submitted,

*/s/ Saul P. Morgenstern*                               */s/ Laura S. Shores*
Saul P. Morgenstern                                     Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP                        ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street                                    601 Massachusetts Ave, NW
New York, NY 10019                                      Washington, D.C. 20001
(212) 836-8000                                          (202) 942-5000
(212) 836-8689 (fax)                                    (202) 942-5999 (fax)
saul.morgenstern@arnoldporter.com                       laura.shores@arnoldporter.com

*/s/ Margaret A. Rogers*                                */s/ Amanda C. Croushore*
Margaret A. Rogers                                      Amanda C. Croushore
ARNOLD & PORTER KAYE SCHOLER LLP                        ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street                                    250 West 55th Street
New York, NY 10019                                      New York, NY 10019
(212) 836-8000                                          (212) 836-8000
(212) 836-8689 (fax)                                    (212) 836-8689 (fax)
margaret.rogers@arnoldporter.com                        amanda.croushore@arnoldporter.com

*/s/ Ada V. Añon*
Ada V. Añon
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
(212) 836-8689 (fax)
ada.anon@arnoldporter.com

*/s/ Kathryn L. Rosenberg*
Kathryn L. Rosenberg
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
(212) 836-8689 (fax)
kathryn.rosenberg@arnoldporter.com

*Attorneys for Defendant Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing Notice of Appearance was served on June 19, 2019 by the Court's electronic filing system to all counsel of record in the above captioned action.

                */s/ Ada V. Añon*
                Ada V. Añon