# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *State of Connecticut v. Teva Pharmaceuticals USA, Inc.* | Civil Action No. 19-2407 |

## ORDER

**AND NOW,** this 21st day of June 2019, upon consideration of the Plaintiff States' Motion to Unseal [Doc. No. 12], and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is directed to **UNSEAL** the unredacted version of the Complaint [Doc. No. 3].

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**