# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Connecticut, et al.  v. Teva Pharmaceuticals USA, Inc.* | HON. CYNTHIA M. RUFE<br><br>19-cv-2407-CMR |

## ORDER

**AND NOW**, this 25th day of July 2019, upon consideration of the attached stipulation of counsel with regard to waiver of service of and responses to Plaintiff States' May 10, 2019 Complaint, it is hereby **ORDERED** that the stipulation is **APPROVED**.  The deadline for the Stipulating Defendants to move against, answer, or otherwise respond to the Plaintiff States' May 10, 2019 Complaint in the above-captioned case is **ADJOURNED** until such time that the Court enters a Case Management Order setting such a schedule.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO**:<br><br>*The State of Connecticut, et al. v.*<br>*Teva Pharmaceuticals USA, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>19-cv-2407-CMR |

**JOINT STIPULATION TO WAIVE SERVICE**
**AND EXTEND THE DEADLINE FOR DEFENDANTS TO**
**RESPOND TO THE PLAINTIFF STATES' MAY 10, 2019 COMPLAINT**

WHEREAS, the States of Connecticut, Alabama, Alaska, Arizona, Colorado, Delaware, Florida, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Utah, Vermont, Washington, West Virginia, and Wisconsin, and the Commonwealths of Kentucky, Massachusetts, Pennsylvania, Puerto Rico and Virginia (collectively, "Plaintiff States") filed a Complaint on May 10, 2019, in *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc.* (the "May 10, 2019 Complaint"), Case No. 19-cv-00710 (D. Conn.), which was transferred by the United States Judicial Panel on Multidistrict Litigation on May 30, 2019 to the Eastern District of Pennsylvania, assigned Case No. 19-cv-2407-CMR, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724-CMR, MDL No. 2724;

WHEREAS, Defendants Actavis Holdco U.S., Inc.; Actavis Pharma, Inc.; Amneal Pharmaceuticals, Inc; Apotex Corp.; Ara Aprahamian; Aurobindo Pharma USA, Inc.; David Berthold; Breckenridge Pharmaceutical, Inc.; James Brown; Maureen Cavanaugh; Tracy Sullivan DiValerio; Dr. Reddy's Laboratories, Inc.; Marc Falkin; Glenmark Pharmaceuticals, Inc., USA; James Grauso; Kevin Green; Greenstone LLC; Armando Kellum; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mylan Pharmaceuticals Inc.; Jill Nailor; James Nesta; Par Pharmaceutical Companies, Inc.; Nisha Patel; Pfizer, Inc. Konstantin Ostaficiuk; David Rekenthaler; Richard Rogerson; Sandoz Inc.; Taro Pharmaceuticals U.S.A., Inc.; Teva Pharmaceuticals USA, Inc.; Upsher-Smith Laboratories, LLC; Wockhardt USA LLC; and Zydus Pharmaceuticals (USA) Inc. (collectively, "Stipulating Defendants") have agreed to waive service of the Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Plaintiff States' May 10, 2019 Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Stipulating Defendants waive service of the Plaintiff States' May 10, 2019 Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the deadline for the Stipulating Defendants to move, answer, or otherwise respond to the Plaintiff States' May 10, 2019 Complaint is ADJOURNED until such time as the Court may provide for such response in the Case Management Plan and Order entered as a result of ongoing discussions among the Court, the Special Master and the parties.

3. This Stipulation does not constitute a waiver by Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: July 23, 2019

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5040
Fax: (860) 808-5033
Joseph.nielsen@ct.gov

***Liaison Counsel for the Plaintiff States***

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Flr.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Laura S. Shores*
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com
***Defendants' Liaison Counsel***