## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724 16-md-2724 HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: *State of Connecticut, et al., v. Teva Pharmaceuticals USA Inc., et al.* | Civil Action No.:  19-cv-2407 |

## <u>ENTRY OF APPEARANCE</u>

TO THE CLERK OF COURT:

 Please enter the appearance of Michael G. Considine as counsel for defendant Jill

Nailor in the above-captioned action.

Dated:  August 21, 2019

      Respectfully Submitted,

      */s/ Michael G. Considine*
      Michael G. Considine
      SEWARD & KISSEL LLP
      One Battery Park Plaza
      New York, NY 10004
      Telephone: (212) 574-1334
      considine@sewkis.com

## CERTIFICATE OF SERVICE

I, Michael G. Considine, hereby certify that the foregoing Entry of Appearance was filed via the Court's electronic filing system on August 21, 2019 and served via ECF on all counsel of record in the above-captioned matter.

Respectfully Submitted,

 _/s/ Michael G. Considine_
Michael G. Considine