**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724<br>Case No. 16-md-2724-CMR<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*State of Connecticut, et al. v. Teva Pharmaceuticals USA Inc., et al.* | Civil Action No. 19-cv-2407 |

**JOINT NOTICE OF APPEARANCE FOR
DEFENDANT WOCKHARDT USA LLC**

PLEASE TAKE NOTICE that the attorneys listed below are hereby entering an appearance for Defendant Wockhardt USA LLC in the above-captioned matter.

William A. Escobar
Damon W. Suden
Clifford Katz

Dated: September 17, 2019

Respectfully submitted,

*/s/ William A. Escobar*
William A. Escobar
KELLEY DRYE & WARREN, LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: wescobar@kelleydrye.com

*Attorney for Wockhardt USA LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019, I caused the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system.

*/s/ William A. Escobar*
William A. Escobar