BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| THE STATE OF CONNECTICUT; <br> THE STATE OF ALABAMA; <br> THE STATE OF ALASKA; <br> THE STATE OF ARIZONA; <br> THE STATE OF COLORADO; <br> THE STATE OF DELAWARE; <br> THE STATE OF FLORIDA; <br> THE STATE OF HAWAII; <br> THE STATE OF IDAHO; <br> THE STATE OF ILLINOIS; <br> THE STATE OF INDIANA; <br> THE STATE OF IOWA; <br> THE STATE OF KANSAS; <br> THE COMMONWEALTH OF KENTUCKY; <br> THE STATE OF LOUISIANA; <br> THE STATE OF MAINE; <br> THE STATE OF MARYLAND; <br> THE COMMONWEALTH OF <br>     MASSACHUSETTS; <br> THE STATE OF MICHIGAN; <br> THE STATE OF MINNESOTA; <br> THE STATE OF MISSISSIPPI; <br> THE STATE OF MISSOURI; <br> THE STATE OF MONTANA; <br> THE STATE OF NEBRASKA; <br> THE STATE OF NEVADA; <br> THE STATE OF NEW JERSEY; <br> THE STATE OF NEW MEXICO; <br> THE STATE OF NEW YORK; <br> THE STATE OF NORTH CAROLINA; <br> THE STATE OF NORTH DAKOTA; <br> THE STATE OF OHIO; <br> THE STATE OF OKLAHOMA; <br> THE STATE OF OREGON; <br> THE COMMONWEALTH OF <br>     PENNSYLVANIA; <br> THE COMMONWEALTH OF PUERTO RICO; <br> THE STATE OF RHODE ISLAND; <br> THE STATE OF SOUTH CAROLINA; <br> THE STATE OF TENNESSEE; <br> THE STATE OF UTAH; <br> THE STATE OF VERMONT; <br> THE COMMONWEALTH OF VIRGINIA; <br> THE STATE OF WASHINGTON; | No.: 2:19-cv-02407 <br><br><br><br><br><br> **ENTRY OF APPEARANCE** |

THE STATE OF WEST VIRGINIA;
THE STATE OF WISCONSIN;

v.

TEVA PHARMACEUTICALS USA, INC.;
ACTAVIS HOLDCO US, INC.;
ACTAVIS PHARMA, INC.;
AMNEAL PHARMACEUTICALS, INC.;
APOTEX CORP.;
ARA APRAHAMIAN;
AUROBINDO PHARMA U.S.A., INC.;
DAVID BERTHOLD;
BRECKENRIDGE PHARMACEUTICAL, INC.;
JAMES (JIM) BROWN;
MAUREEN CAVANAUGH;
TRACY SULLIVAN DIVALERIO;
DR. REDDY'S LABORATORIES, INC.;
MARC FALKIN;
GLENMARK PHARMACEUTICALS, INC., USA;
JAMES (JIM) GRAUSO;
KEVIN GREEN;
GREENSTONE LLC;
ARMANDO KELLUM;
LANNETT COMPANY, INC.;
LUPIN PHARMACEUTICALS, INC.;
MYLAN PHARMACEUTICALS INC.;
JILL NAILOR;
JAMES (JIM) NESTA;
PAR PHARMACEUTICAL COMPANIES, INC.;
NISHA PATEL;
PFIZER, INC.;
KONSTANTIN OSTAFICIUK;
DAVID REKENTHALER;
RICHARD (RICK) ROGERSON;
SANDOZ, INC.;
TARO PHARMACEUTICALS USA, INC.
UPSHER-SMITH LABORATORIES, LLC;
WOCKHARDT USA LLC;
ZYDUS PHARMACEUTICALS (USA), INC.

2

Please enter my appearance on behalf of Defendant, Richard Rogerson in the above captioned matter.

                                           COZEN O'CONNOR


                                By:  /s/ David Reichenberg
                                   David Reichenberg, Esquire
                                   277 Park Avenue
                                   New York, NY  10172
                                   Telephone: 212-883-4900
                                   Facsimile: 212 986-0604
                                   dreichenberg@cozen.com

Dated:  September 24, 2019               Counsel for Defendant, Richard Rogerson

## **CERTIFICATE OF SERVICE**

I, David Reichenberg hereby certify that I served a copy of the foregoing Entry of Appearance on September 24, 2019 upon counsel of record via the court's electronic filing system.

COZEN O'CONNOR

By: /s/ David Reichenberg
David Reichenberg