IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724 <br> Case No. 16-md-2724-CMR <br> HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** <br> *State of Connecticut, et al. v. Teva Pharmaceuticals USA Inc., et al.* | Civil Action No. 19-cv-2407 |

NOTICE OF APPEARANCE SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Catherine M. Recker and substitute in her place the appearance of Larry H. Krantz as counsel for Defendant James Brown.

Dated this 5th day of November, 2019.

Respectfully submitted,

_____
Larry H. Krantz, Esq.
Krantz & Berman, LLP
747 Third Avenue, 32nd Fl.
New York, New York 10017
(212) 661-0009