UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL: 2724<br>16-MDL-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE<br><br>Civl Action No. 2:19-cv-02407 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Pursuant to Local Rule 5.1(c), the undersigned, Erica Koscher of the Office of the Attorney General of the State of Washington, hereby submits her Withdrawal of Appearance as counsel for Plaintiff State of Washington in the above-captioned matter. Assistant Attorney General Travis Kennedy of the Office of the Attorney General of the State of Washington will continue to represent Plaintiff State of Washington and it will not be without representation in this matter.

Dated: January 7, 2020

                                                Respectfully submitted,

                                                PLAINTIFF
                                                STATE OF WASHINGTON
                                                ROBERT W. FERGUSON
                                                ATTORNEY GENERAL

By:   /s/ Erica A. Koscher
        Erica A. Koscher, WSBA No. 44281
        Assistant Attorney General
        State of Washington
        800 Fifth Ave., Ste. 2000
        Seattle, WA  98104
        Telephone: (206) 326-5484
        E-mail: erica.koscher@atg.wa.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2020, I cause the foregoing Entry of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ Erica A. Koscher
Erica A. Koscher, WSBA No. 44281
Assistant Attorney General
State of Washington