IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*THE STATE OF CONNECTICUT, et al. v. TEVA PHARMACEUTICALS USA, INC., et al.* | Civil Action No.: 19-cv-2407-CMR<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT BRECKENRIDGE PHARMACEUTICAL, INC.'S
MOTION TO DISMISS THE OCTOBER 31, 2019
<u>STATE ATTORNEYS GENERAL AMENDED COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and PTO 71 (16-MD-2724, Dkt. No. 846), and for the reasons set forth in the accompanying Memorandum of Law, Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge"), by and through undersigned counsel, respectfully moves this honorable Court to dismiss all claims against Breckenridge in the Amended Complaint with prejudice.

Pursuant to Rule 7.1(f) of the Local Rules of Civil Procedure, Breckenridge requests oral argument on its Motion to Dismiss.

Dated: February 14, 2020                                    Respectfully submitted,

/s/ *Stacey Anne Mahoney*
Stacey Anne Mahoney
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant
Breckenridge Pharmaceutical, Inc.*