**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>THE STATE OF CONNECTICUT et al. v. TEVA PHARMACEUTICALS USA, INC. et al. | Civil Action No.: 19-CV-02407 |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Victoria Peng and Grant R. MacQueen of Morgan, Lewis & Bockius LLP on behalf of Defendant BRECKENRIDGE PHARMACEUTICAL, INC. in the above-referenced action.

Dated:  March 4, 2020

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Victoria Peng*
Victoria Peng
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
victoria.peng@morganlewis.com

*/s/ Grant R. MacQueen*
Grant R. MacQueen
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
grant.macqueen@morganlewis.com

*Counsel for Defendant*
*Breckenridge Pharmaceutical, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2020, I caused to be filed electronically on the Court's ECF System the foregoing Notice of Appearance, which was served on all counsel of record and is available for viewing and downloading via the Court's ECF System.

*/s/ Victoria Peng*
Victoria Peng