# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724-CMR |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE |

**INDIVIDUAL DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL THEIR OBJECTION TO SPECIAL MASTER DAVID H. MARION'S THIRD REPORT AND RECOMMENDATION RELATING TO BELLWETHER SELECTION AND MEMORANDUM OF LAW IN SUPPORT OF THIS MOTION**

Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Local Rule 5.1.5, Defendants Ara Aprahamian, David Berthold, James (Jim) Brown, Maureen Cavanaugh, Tracy Sullivan Divalerio, Marc Falkin, James (Jim) Grauso, Kevin Green, Robin Hatosy, Jill Nailor, James Nesta, Nisha Patel, Konstantin Ostaficiuk, David Rekenthaler, and Richard (Rick) Rogerson (collectively, the "Individual Defendants"), by and through their undersigned counsel, hereby move this Court for an Order granting leave to file under seal: (1) Individual Defendants' Objection to Special Master David H. Marion's Third Report and Recommendation Relating to Bellwether Selection; and (2) Individual Defendants' Memorandum of Law in Support of Their Motion for Leave to File Under Seal Their Objection to Special Master David H. Marion's Third Report and Recommendation Relating to Bellwether Selection.

March 12, 2020                                        Respectfully submitted,


*/s/ Thomas H. Suddath, Jr.*                          */s/ Henry E. Klingeman*

Thomas H. Suddath, Jr.                                Henry E. Klingeman, Esq.
Anne E. Rollins                                       Klingeman Cerimele, Attorneys
Thomas P. Reilly                                      60 Park Place, Suite 1100
REED SMITH LLP                                        Newark, New Jersey 07102

**JOINT DEFENSE/COMMON INTEREST**
**ATTORNEY WORK PRODUCT – PRIVILEGED & CONFIDENTIAL**

Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
tsuddath@reedsmith.com
arollins@reedsmith.com
treilly@reedsmith.com


Michael E. Lowenstein
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
mlowenstein@reedsmith.com
*Counsel for Defendant Maureen Cavanaugh*


/s/ Larry Krantz
Larry Krantz
KRANTZ & BERMAN LLP
747 Third Avenue
32nd Floor
New York, NY 10017
(212) 661-0009
(212) 355-5009 (fax)
lkrantz@krantzberman.com
*Counsel for Defendant James Brown*


/s/ Amy B. Carver
Amy B. Carver
WELSH & RECKER, P.C.
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
abcarver@welshrecker.com
*Counsel for Defendant Tracy Sullivan
Divalerio*


/s/ Robert E. Connolly
Robert E. Connolly
LAW OFFICE OF ROBERT E. CONNOLLY
301 N. Palm Canyon Drive
Suite 103, #241
Palm Springs, CA 92262
(215) 219-4418
bob@reconnollylaw.com

973-714-3474
henry@klingemanlaw.com
*Counsel for Defendant David Berthold*


/s/ L. Barrett Boss
L. Barrett Boss
Peter M. Ryan
S. Rebecca Brodey
Thomas J. Ingalls
COZEN O'CONNOR P.C.
1200 19th Street NW, Suite 300
Washington, DC 20036
(202) 912-4814
(866) 413-0172 (fax)
bboss@cozen.com
pryan@cozen.com
rbrodey@cozen.com
tingalls@cozen.com
*Counsel for Defendant James Nesta*


/s/ James A. Backstrom
James A. Backstrom
JAMES A. BACKSTROM, COUNSELLOR
AT LAW
1515 Market Street
Suite 1200
Philadelphia, PA 19102
(215) 864-7797
(801) 469-9381 (fax)
jabber@backstromlaw.com
*Counsel for Defendant Marc Falkin*


/s/ Robert E. Welsh, Jr.
Robert E. Welsh, Jr.
Alexandra Kitei
WELSH & RECKER, P.C.
303 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
(215) 972-6436 (fax)
rewelsh@welshrecker.com

**JOINT DEFENSE/COMMON INTEREST**
**ATTORNEY WORK PRODUCT – PRIVILEGED & CONFIDENTIAL**

*Counsel for Defendant James Grauso*

akitei@welshrecker.com
*Counsel for Defendant Kevin Green*

/s/ Jeffrey D. Smith
Jeffrey D. Smith
Alice Bergen
DECOTIIS, FITZPATRICK, COLE &
GIBLIN, LLP
61 South Paramus Road
Paramus, New Jersey 07652
(201) 928-1100
jsmisth@decotiislaw.com
abergen@decotiislaw.com
*Counsel for Defendant Robin Hatosy*

/s/ Michael Gerard Considine
Michael Gerard Considine
Laura Elizabeth Miller
Shrey Sharma
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1334
considine@sewkis.com
millerl@sewkis.com
sharma@sewkis.com
*Counsel for Defendant Jill Nailor*

/s/ Larry A. Mackey
Larry A. Mackey
Bradley R. Love
Neal A. Brackett
Alyssa C. Hughes
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 261-7881
Larry.mackey@btlaw.com
Bradley.love@btlaw.com
Neal.brackett@btlaw.com
Alyssa.hughes@btlaw.com
*Counsel for Defendant Nisha Patel*

/s/ David Schertler
David Schertler
Lisa Manning
SCHERTLER & ONORATO, LLP
901 New York Avenue
Suite 500
Washington, DC 20001
(202) 628-4199
lmanning@schertlerlaw.com
*Counsel for Defendant Konstantin Ostaficiuk*

/s/ Thomas H. Lee
Thomas H. Lee
Jeffrey J. Masters
Carla G. Graff
DECHERT LLP
Circa Centre 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
Thomas.lee@dechert.com
Jeffrey.masters@dechert.com
Carla.graff@dechert.com
*Counsel for Defendant David Rekenthaler*

/s/ G Robert Gage, Jr.
G. Robert Gage, Jr.
Gage Spencer & Fleming LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900
grgage@gagespencer.com
*Counsel for Defendant Ara Aprahamian*

**JOINT DEFENSE/COMMON INTEREST**
**ATTORNEY WORK PRODUCT – PRIVILEGED & CONFIDENTIAL**

*/s/ Stephen A. Miller*
Stephen A. Miller
David Reichenberg
Calli Jo Padilla
COZEN O'CONNOR P.C.
1650 Market Street
Suite 2800
Philadelphia, PA 19103
(215) 665-6938
(215) 253-6777 (fax)
samiller@cozen.com
dreichenberg@cozen.com
cpadilla@cozen.com
*Counsel for Defendant Richard Rogerson*

## CERTIFICATE OF SERVICE

I, Thomas H. Suddath, Jr., hereby certify that a copy of the foregoing Individual Defendants' Motion for Leave to File Under Seal Their Objection to Special Master David H. Marion's Third Report and Recommendation Relating to Bellwether Selection and Memorandum of Law In Support of this Motion was filed via the Court's electronic filing system on March 12, 2020. I further certify that a copy of Individual Defendants' Memorandum of Law in Support of Their Motion for Leave to File Under Seal, which was filed under seal on March 12, 2020, was served via email on all counsel of record using the following email distribution lists: MDL2724AllDeftsService@pepperlaw.com and MDL2724plaintiffsleadsetc@ag.ny.gov.

/s/ *Thomas H. Suddath, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724** |
| | **16-MD-2724-CMR** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **HON. CYNTHIA M. RUFE** |

## <u>ORDER</u>

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Motion for Leave to File Under Seal filed by the Individual Defendants, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED** and the following documents shall be deemed filed under seal: (1) Individual Defendants' Objection to Special Master David H. Marion's Third Report and Recommendation Relating to Bellwether Selection; and (2) Individual Defendants' Memorandum of Law in Support of Their Motion for Leave to File Under Seal Their Objection to Special Master David H. Marion's Third Report and Recommendation Relating to Bellwether Selection.

BY THE COURT:

_____

Rufe, J.