# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-md-2724-CMR<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*State of Connecticut, et al. v.*<br>*Teva Pharmaceuticals USA Inc., et al.* | Civil Action No.: 19-cv-2407-CMR |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance in the above-captioned action of Catherine Redlich of Driscoll & Redlich on behalf of Defendant Armando Kellum.

Dated April 24, 2020
                                            Respectfully submitted,

                                            */s/ Catherine Redlich*

                                          Catherine Redlich
                                          DRISCOLL & REDLICH
                                          110 West 40th Street, Suite 1900
                                          New York, NY 10018
                                          credlich@driscollredlich.com

                                          *Counsel for Armando Kellum*

1

## **CERTIFICATE OF SERVICE**

I, Catherine Redlich, hereby certify that the foregoing Notice of Appearance was filed via the Court's electronic filing system on April 24, 2020 and was thereby served electronically on all counsel or parties of record via ECF.

/s/ *Catherine L. Redlich*