IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-md-2724-CMR<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*State of Connecticut, et al., v.*<br>*Teva Pharmaceuticals USA Inc., et al.* | Civil Action No.: 19-cv-2407-CMR |

**DEFENDANT JAMES GRAUSO'S**
**<u>MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT</u>**

Defendant James Grauso, by and through his undersigned counsel, hereby moves this Court for the entry of an order dismissing all claims against him in Plaintiffs' Amended Complaint (Dkt. No. 106) pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are set forth more fully in the accompanying Memorandum of Law.

Dated: November 2, 2020

Respectfully submitted,

/s/ Robert E. Connolly
Robert E. Connolly
Law Office of Robert Connolly
301 N. Palm Canyon Dr.
Palm Springs, CA. 92262
bob@reconnollylaw.com
(215) 219-4418
Counsel for James Grauso