UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724-CMR |
| **THIS DOCUMENT RELATES TO**:<br><br>*The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.* | HON. CYNTHIA M. RUFE<br>19-cv-2407-CMR<br><br>**NOTICE OF MOTION TO DISMISS** |

### DEFENDANT DAVID BERTHOLD'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Defendant David Berthold, by and through his undersigned counsel, Klingeman Cerimele, Attorneys, hereby moves this Court for the entry of an order dismissing all claims against him in the State Plaintiffs' Amended Complaint (ECF No. 106, Counts 20 and 35) pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are set forth more fully in the accompanying Memorandum of Law.

Respectfully submitted**,**

**Klingeman Cerimele, Attorneys**

By:  /s/ Henry E. Klingeman
   Henry E. Klingeman, Esq.
   Ernesto Cerimele, Esq.
   James Crudele, Esq.
   Attorneys for David Berthold
   60 Park Place, Suite 1100
   Newark, NJ 07102
   Attorney for Defendant

Dated:    November 2, 2020