# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GENERIC PHARMACEUTICALS
PRICING ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

*State of Connecticut, et al., v. Teva Pharmaceuticals
USA, Inc., et al.*

MDL No. 2724
16-MD-2724

HON. CYNTHIA M. RUFE

No. 19-CV-2407

## DEFENDANT KONSTANTIN OSTAFICIUK'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendant Konstantin Ostaficiuk, by and through his undersigned counsel, Schertler

Onorato Mead & Sears, hereby moves this Court for the entry of an order dismissing all claims

against him in Plaintiffs' Amended Complaint (Dkt. No. 106, Counts 30 and 35) pursuant to

Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are set forth more fully in

the accompanying Memorandum of Law, as well as the three memoranda of law filed by

Defendants on the grounds that (1) the Plaintiff States lack standing to bring their federal law

**PUBLIC VERSION – FILED WITH REDACTIONS**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

claims, (2) the state law claims fail for a variety of reasons, and (3) the Plaintiff States have engaged in impermissible claim splitting.

November 2, 2020                                    Respectfully submitted,


                                                     _/s/ David Schertler_____
                                                    David Schertler
                                                    Lisa Manning
                                                    SCHERTLER ONORATO MEAD & SEARS
                                                    901 New York Avenue, N.W., Suite 500 West
                                                    Washington, DC  20001
                                                    dschertler@schertlerlaw.com
                                                    lmanning@schertlerlaw.com

                                                    *Counsel for Konstantin Ostaficiuk*

**PUBLIC VERSION – FILED WITH REDACTIONS**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**