IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724<br>Civil Action No. 16-md-2724-CMR<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*State of Connecticut, et al., v. Teva Pharmaceuticals USA Inc., et al.* | Civil Action No.: 19-cv-2407-CMR |

**DEFENDANT TRACY SULLIVAN DIVALERIO'S MOTION
TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Tracy Sullivan DiValerio respectfully moves this Court for an Order dismissing all claims against her in the above-captioned matter with prejudice. In support of her Motion, Ms. DiValerio submits the attached Memorandum of Law. Ms. DiValerio also joins in the three joint memoranda of law filed by Defendants on the grounds that (1) the States lack standing to bring their federal law claims, (2) the state law claims fail for a variety of reasons, and (3) the States have engaged in impermissible claim splitting.

Date: November 2, 2020      BY:   /s/ Amy B. Carver
                                  Amy B. Carver, Esquire
                                  Welsh & Recker, P.C.
                                  306 Walnut Street
                                  Philadelphia, PA 19106
                                  (215) 972-6430
                                  abcarver@welshrecker.com

                                  *Counsel for Tracy Sullivan DiValerio*