# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*State of Connecticut, et al., v.*<br>*Teva Pharmaceuticals USA Inc., et al.* | Civil Action No.: 19-cv-2407-CMR |

## DEFENDANT DAVID REKENTHALER'S MOTION TO
## DISMISS THE PLAINTIFF STATES' AMENDED COMPLAINT

Defendant David Rekenthaler, by and through his undersigned counsel, hereby moves this Court for the entry of an order dismissing the claims against him in the Plaintiff States' Amended Complaint (Dkt. No. 106, Counts 32 and 35) pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that (1) the Plaintiff States lack standing to bring their federal law claims, (2) the state law claims fail for a variety of reasons, (3) the Plaintiff States have engaged in impermissible claim splitting, and (4) the Sherman Act claims are barred by the applicable statute of limitations.  The grounds for this Motion are set forth in (1) Defendants' Memorandum of Law in Support of Their Joint Motion to Dismiss Plaintiffs' Federal-Law Claims for Lack of Standing, (2) Defendants' Memorandum of Law in Support of Their Joint Motion to Dismiss Plaintiffs' State-Law Claims, (3) Certain Defendants' Memorandum of Law in Support of Motion to Dismiss, and (4) Defendant David Rekenthaler's Memorandum of Law in Support of His Motion to Dismiss the Plaintiff States' Amended Complaint.

Dated: November 2, 2020 	Respectfully submitted,

	<u>*/s/ Thomas H. Lee, II*</u>
	Thomas H. Lee, II (Pa. Bar No. 49867)
	Jeffrey J. Masters (Pa. Bar No. 322439)
	Carla G. Graff (Pa. Bar No. 324532)
	DECHERT LLP
	Cira Centre
	2929 Arch Street
	Philadelphia, PA 19104
	Tel: (215) 994-4000
	Fax: (215) 994-2222
	thomas.lee@dechert.com
	jeffrey.masters@dechert.com
	carla.graff@dechert.com

	*Attorneys for Defendant David Rekenthaler*