**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>Civil Action No. 16-md-2724-CMR |
| **THIS DOCUMENT RELATES TO:**<br>*State of Connecticut, et al. v.*<br>*Teva Pharmaceuticals USA, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Civil Action No. 19-cv-2407-CMR |

**DEFENDANT MARC FALKIN'S**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

COMES NOW, Defendant Marc Falkin, by and through his undersigned counsel, and hereby moves this Honorable Court for the entry of an Order dismissing all claims against him in Plaintiffs' Amended Complaint [Dkt. No. 106, Counts 23 and 35], pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice. The grounds and authority for this Motion appear in the Memorandum of Law filed herewith as well as in joint memoranda of law filed by Certain Defendants on grounds that (1) Plaintiffs lack standing to bring their federal law claims, (2) the state law claims fail for a variety of reasons, and (3) Plaintiffs have engaged in impermissible claim splitting.

Dated:  November 2, 2020

Respectfully submitted,

*s/ James A. Backstrom*
James A. Backstrom

*Of this Bar and Pennsylvania 24523*
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 864-7797
jabber@backstromlaw.com

*Counsel for Defendant Marc Falkin*