# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-md-2724** |
| **THIS DOCUMENT RELATES TO:**<br>*The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.* | **HON. CYNTHIA M. RUFE**<br>Civil Action No.<br>**2:19-cv-02407-CMR** |

## JOINT STIPULATION TO EXTEND PAGE LIMITATION

Defendants and Plaintiff State Attorneys General hereby agree, subject to the Court's approval, to extend the page limitations set forth in Local Rule of Civil Procedure 7.1 to a combined total of sixty-five (65) pages with respect to reply memoranda in support of Defendants' Joint Motions to Dismiss the States' Second Complaint, filed May 10, 2019 (Dkt. 1) and amended on November 1, 2019 (Dkt. 106).

**IT IS SO STIPULATED.**

Dated: February 26, 2021

**APPROVED AND SO ORDERED**:
/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**

Dated: February 25, 2021

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Avenue
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

/s/ Robert L. Hubbard
Robert L. Hubbard
Assistant Attorney General
Office of the Attorney General
Antitrust Bureau
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8267
Robert.Hubbard@ag.ny.gov

**Counsel for State of New York**

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

**Defendants' Liaison Counsel**