# APPENDIX

# Appendix A

| State | Defendants request that the following state-law claims be dismissed: |
|---|---|
| All States | All claims for disgorgement under state law. |
| Alaska | Alaska's antitrust claims, consumer protection claims, and claims for monetary recovery asserted as *parens patriae*. |
| Arizona | Arizona's claims for damages on behalf of any governmental entity (conceded), claims for damages as *parens patriae* (conceded), claims for other monetary recovery as *parens patriae* (conceded), and claims for monetary recovery on behalf of the general economy of the state. |
| Connecticut | Connecticut's claims for monetary recovery as *parens patriae*. |
| Delaware | Delaware's indirect purchaser claims seeking monetary recovery. |
| Florida | Florida's antitrust claims for indirect purchases. |
| Indiana | Indiana's claims brought pursuant to its antitrust and consumer protection statutes, its claims as *parens patriae*, and its indirect purchaser claims other than those brought on behalf of governmental entities. |
| Kentucky | Kentucky's claims for disgorgement, attorneys' fees and costs. |
| Louisiana | Louisiana's claims for monetary recovery under the Louisiana Unfair Trade Practices Act, the Louisiana Monopolies Act, and its indirect purchaser claims. |
| Maine | Maine's claims for monetary recovery as *parens patriae*. |
| Maryland | Maryland's claims for damages (conceded), and its claims brought on behalf of indirect purchasers under the Maryland Antitrust Act (uncontested). |
| Michigan | Michigan's Consumer Protection Act claims.[1] |

---

[1] Michigan's Opposition to Defendants' Motion discusses  Consumer Protection Act claims, but Michigan does not assert any such claims in the Second Amended Complaint.

| State | Defendants request that the following state-law claims be dismissed: |
|---|---|
| Mississippi | Mississippi's claims for damages sustained by parties other than the State, claims under the Mississippi Consumer Practices Act, its claims for monetary relief, and its claims for monetary recovery as *parens patriae*. |
| Missouri | Missouri's claims for damages (uncontested), claims asserted under Missouri antitrust law (conceded), and its claims for monetary recovery as *parens patriae*. |
| Nevada | Nevada's claims for monetary recovery under the Nevada Deceptive Trade Practices Act, Nev. Rev. Stat. Ann. § 598.0903, *et seq.*, Nev. Rev. Stat. Ann. § 598.0973 (uncontested), and Nevada's claims for disgorgement. |
| New Jersey | All claims under New Jersey's antitrust statute (uncontested), New Jersey's claims asserted as *parens patriae* (uncontested), and its indirect purchaser claims (uncontested). |
| New Mexico | New Mexico's claims for monetary recovery asserted as *parens patriae*. |
| New York | New York's claims for monetary damages as *parens patriae* and its claims on behalf of unidentified governmental entities, and its claims asserted under New York Executive Law § 63(12) and New York Gen. Bus. Law §§ 340-342c. |
| Ohio | Ohio's claims for disgorgement and other monetary equitable relief, and its indirect purchaser claims. |
| Oklahoma | Oklahoma's claims for disgorgement and other monetary equitable relief, its indirect purchaser claims, and its claims asserted under the Oklahoma Antitrust Reform Act. |
| Pennsylvania | Pennsylvania's claims for monetary recovery, and its claims asserted pursuant to 73 P.S. §§ 201-4, *et. seq.*, 73 P.S. § 201-8, and Pennsylvania common law. |
| Puerto Rico | Puerto Rico's unjust enrichment claims, and its indirect purchaser antitrust claims. |
| Rhode Island | Rhode Island's claims for disgorgement, fees, costs, and any other monetary relief under R.I. General Laws §§ 6-36-10, 6-36-11, 6-and 36-12, its claims under R.I. General Law § 6-13.1-5 (withdrawn), and its claims for damages as *parens patriae* (withdrawn). |
| Tennessee | Tennessee's claims for monetary relief asserted as *parens patriae*. |
| Virginia | Virginia's claims for damages under the Virginia Antitrust Act (conceded). |

| State | Defendants request that the following state-law claims be dismissed: |
|---|---|
| Washington | Washington's claims for damages as *parens patriae*. |
| Wyoming | Wyoming's claims for civil penalties under Wyo. Stat. Ann. § 40-12-105. |