IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| THE STATE OF CONNECTICUT, et al.<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. et al. | Civil Action No. 19-CV-02407 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 5.1(c), the undersigned Mark Mattioli of the Office of Montana Attorney General hereby submits his Withdrawal of Appearance as counsel for Plaintiff State of Montana. Montana Attorney General's Assistant Attorney General Rebekah French will continue to represent the Plaintiff State of Montana and it will not be without representation as a result of Mr. Mattioli's withdrawal.

Dated this 11th day of February, 2022.

                AUSTIN KNUDSEN
                ATTORNEY GENERAL

        By: /s/ *Mark Mattioli*
            Mark Mattioli, MT Bar #2927
            Assistant Attorney General
            P.O. Box 200151
            555 Fuller Avenue
            Helena, MT 59620-0151
            Phone: 406-444-4500
            Fax:  406-442-1894
            mmattiolli@mt.gov

            ATTORNEY FOR PLAINTIFF
            STATE OF MONTANA

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2022, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ *Mark Mattioli*
Mark Mattioli
Assistant Attorney General