UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724-TR<br><br>HON. CYNTHIA M. RUFE<br><br>No. 19-CV-2407-CMR |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned, D. J. Pascoe, hereby submits his Withdrawal of Appearance as counsel for Plaintiff State of Michigan in the above-captioned matter. Assistant Attorneys General Matthew Walker and Scott Mertens of the Office of the Attorney General of the State of Michigan will continue to represent Plaintiff State of Michigan and it will not be without representation in this matter.

Respectfully Submitted,

*/s/D. J. Pascoe*
D. J. Pascoe (P54041)
Assistant Attorney General
Michigan Dep't of Attorney General

Dated: August 2, 2022